IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNIE MAE NETTLES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:08-cv-186-CSC |

**ORDER**

Now pending before the court is the defendant's motion for an extension of time to file his brief (doc. # 11). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's motion for an extension of time to file his brief (doc. # 13) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from August 29, 2008 until **September 29, 2008.**

Done this 2nd day of September, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE